# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SIMON ERIC REED                                       PLAINTIFF

v.                        No. 4:18-cv-57-DPM

FAULKNER COUNTY SHERIFF'S OFFICE;
FAULKNER COUNTY DETENTION
CENTER; TIM RYALS, Sheriff, Faulkner
County; CHRISTOPHER RIED MUELLER,
Captain, Faulkner County Detention Center;
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department; RUSTY
PAGE, Sergeant, Faulkner County Sheriff's
Department; GARY ANDREWS, Lieutenant,
Faulkner County Sheriff's Department; LUKE
FERGUSON, Prosecuting Attorney; HARPER,
Officer, Faulkner County Sheriff's Office;
DOES, Unknown Officers; and AFTON
FLETCHER, DCTF                     DEFENDANTS

## ORDER

**1.** On *de novo* review, the Court adopts the recommendation, № 16, and overrules Reed's objections, № 18. FED. R. CIV. P. 72(b)(3). Reed's claims against the Faulkner County Sheriff's Department and the Faulkner County Detention Center are dismissed with prejudice. His claims against Ferguson and Fletcher are dismissed without prejudice. Reed's claims about access to the courts and the conditions

of his confinement are dismissed without prejudice for failure to state a claim.

**2.** The rest of Reed's case is stayed. *Younger v. Harris*, 401 U.S. 37 (1971). The Court directs the Clerk to administratively terminate this case. Reed may move to reopen after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Reed doesn't file a timely motion to reopen or a status report by 13 March 2019, then the Court will reopen the case and dismiss it without prejudice.

**3.** Neither of Reed's pending motions, № 13 & № 15, change the Court's conclusion. They are therefore denied without prejudice as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 March 2018