# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SIMON ERIC REED                                                              PLAINTIFF

v.                              No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
CHRISTOPHER RIED MUELLER,
Captain, Faulkner County Detention Center;
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department; RUSTY
PAGE, Sergeant, Faulkner County Sheriff's
Department; GARY ANDREWS, Lieutenant,
Faulkner County Sheriff's Department;
HARPER, Officer, Faulkner County Sheriff's Office;
and DOES, Unknown Officers                                                 DEFENDANTS

## ORDER

Reed says his state charges have been resolved. His motion to reopen, № 20, is therefore granted. The Court directs the Clerk to reopen this case and refer it to Magistrate Judge Deere for further proceedings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2018