# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SIMON ERIC REED                                                                             PLAINTIFF

v.                       No. 4:18-cv-57-DPM-BD

TIM RYALS, Sheriff, Faulkner County;
CHRISTOPHER RIED MUELLER,
Captain, Faulkner County Detention Center;
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department; RUSTY
PAGE, Sergeant, Faulkner County Sheriff's
Department; GARY ANDREWS, Lieutenant,
Faulkner County Sheriff's Department;
HARPER, Officer, Faulkner County Sheriff's Office;
and DOES, Unknown Officers                      DEFENDANTS

## ORDER

None of Reed's remaining claims or proposed claims are about his conditions of confinement. The Court therefore withdraws the reference and directs the Clerk to reclassify this case as a 550 prisoner civil rights case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2018