# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SIMON ERIC REED                                              PLAINTIFF

v.                     No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
CHRISTOPHER RIED MUELLER,
Captain, Faulkner County Detention Center;
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department; RUSTY
PAGE, Sergeant, Faulkner County Sheriff's
Department; GARY ANDREWS, Lieutenant,
Faulkner County Sheriff's Department;
HARPER, Officer, Faulkner County Sheriff's
Office; and DOES, Unknown Officers          DEFENDANTS

## ORDER

Motion to amend, № 21, granted. The Court will consider the allegations in Reed's second amended complaint in determining whether he has stated federal claims for relief. 28 U.S.C. § 1915A(a).

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 April 2018