IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIMON ERIC REED                                                    PLAINTIFF

v.                           No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
CHRISTOPHER RIED MUELLER,
Captain, Faulkner County Detention Center;
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department; RUSTY
PAGE, Sergeant, Faulkner County Sheriff's
Department; GARY ANDREWS, Lieutenant,
Faulkner County Sheriff's Department;
MONTY HARPER, Officer, Faulkner County
Sheriff's Office; MATTHEW BIRDSONG,
Sergeant; ALRED DANE, Patrol Officer;
JOEY CRISAFULLI, Patrol Officer*; and
DOES, Unknown Officers                                             DEFENDANTS

ORDER

1. Reed was an inmate in the Faulkner County Jail when he filed this lawsuit and received permission to proceed *in forma pauperis*. № 1 & № 4. He made no payments toward the filing fee. He's since been released. № 28.

---

* The Court directs the Clerk to amend the docket to reflect Harper's full name and to add Birdsong, Dane, and Crisafulli as Defendants. № 21 at 2-3.

**2.** Reed must either pay the filing fee, which is $350.00, or file a free-world application to proceed *in forma pauperis* by 29 May 2018. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**3.** The Court directs the Clerk to send Reed a free-world *in forma pauperis* application with a copy of this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2018