IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIMON ERIC REED                                              PLAINTIFF

v.                         No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department;
MONTY HARPER, Officer, Faulkner County
Sheriff's Office; and DOES, Unknown Officers    DEFENDANTS

## ORDER

Motion to compel, № 39, granted. Reed must respond to Defendants' discovery requests — or notify the Defendants if he believes any of the requests are improper under the Rules — by 10 October 2018. If he doesn't, then Defendants may move to dismiss Reed's remaining claims without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2018