# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SIMON ERIC REED                      PLAINTIFF

v.               No. 4:18-cv-57-DPM-BD

TIM RYALS, Sheriff, Faulkner County;
MATT RICE, Chief Deputy, Faulkner County
Sheriff's Department; MONTY HARPER,
Officer, Faulkner County Sheriff's Department;
and DOES, Unknown Officers           DEFENDANTS

## ORDER

Unopposed partial recommendation, № 44, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Reed's claims against the Doe defendants are dismissed without prejudice for failure to serve.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2019