IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIMON ERIC REED                                                    PLAINTIFF

v.                         No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
MATT RICE, Chief Deputy, Faulkner County
Sheriff's Department; and MONTY HARPER,
Officer, Faulkner County Sheriff's Department      DEFENDANTS

## ORDER

Motion, № 64, granted. If needed, the Court will set a new deadline for dispositive motions after ruling on the pending recommendation.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 September 2019