# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

SIMON ERIC REED                                                    PLAINTIFF

v.                       No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
MATT RICE, Chief Deputy, Faulkner County
Sheriff's Department; and MONTY HARPER,
Officer, Faulkner County Sheriff's Department      DEFENDANTS

## ORDER

In light of Reed's recent address change, № 66, it isn't clear whether he received the Magistrate Judge's 15 July 2019 Order. № 61. In any event, because Reed is back in custody, a free-world *in forma pauperis* application is no longer necessary. The Court therefore declines the recommendation, № 63, without prejudice as moot and returns this case to the Magistrate Judge for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 September 2019