IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIMON ERIC REED**                                                                                     **PLAINTIFF**

**V.**                               **CASE NO. 4:18-CV-57-DPM-BD**

**TIM RYALS, Sheriff, Faulkner County,
MATT RICE, Chief of Deputies, Faulkner
County Sheriff's Department, MONTY
HARPER, Officer, Faulkner County
Sheriff's Department**                                                                                 **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**    **Procedure for Filing Objections:**

The following Recommendation has been sent to Chief Judge D.P. Marshall Jr. Mr. Reed may file objections with the Clerk of Court within 14 days if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, Mr. Reed may also waive any right to appeal questions of fact.

**II.**    **Background:**

Plaintiff Simon Eric Reed filed this lawsuit under 42 U.S.C. § 1983, without the help of a lawyer. (Docket entry #2) After Mr. Reed was released from custody a second time, the Court instructed him to file a non-prisoner *in forma pauperis* (IFP) application to determine whether he remained eligible to proceed IFP. (#80, #84) The Court

specifically warned Mr. Reed that his failure to update his IFP application could result in dismissal of this action under Local Rule 5.5(c)(2). To date, Mr. Reed has failed to respond to the Court's October 31, 2019 Order, and the time for filing an updated IFP application has expired.

### III.   Conclusion:

The Court recommends that Mr. Reed's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's October 31 Order (#84) and his failure to prosecute this lawsuit. It is further recommended that Judge Marshall certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and would not be taken in good faith.

DATED this 6th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE