# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SIMON ERIC REED                                                    PLAINTIFF

v.                          No. 4:18-cv-57-DPM

TIM RYALS, Sheriff, Faulkner County;
MATT RICE, Chief Deputy, Faulkner County
Sheriff's Department; and MONTY HARPER,
Officer, Faulkner County Sheriff's Department      DEFENDANTS

## ORDER

Unopposed recommendation, № 87, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Reed's remaining claims will be dismissed without prejudice. Motion for summary judgment, № 74, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020