# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SIMON ERIC REED**                                    **PLAINTIFF**

v.                              **No. 4:18-cv-57-DPM**

**FAULKNER COUNTY**
**SHERIFF'S OFFICE,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Reed's claims against the Faulkner County Sheriff's Department and the Faulkner County Detention Center are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_6 January 2020_